**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PEDRO VAZQUEZ CHONA,

Petitioner

v.

JOHN MATTOS, et al.,

Respondents

Case No.: 2:26-cv-02141-APG-MDC

**Order Setting Response Deadline**

I ORDER that the respondents' response to the petitioner's motion for limited discovery (ECF No. 14) is due by 3:00 p.m. (PDT) on September 4, 2026.

DATED this 2nd day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE