TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Pedro Vazquez Chona,<br><br>Petitioner,<br>v.<br><br>John Mattos, *et.al.*,<br><br>Respondents. | Case No. 2:26-cv-02141-APG-MDC<br><br>**Joint Stipulation for Extension of Time for Federal Respondents to produce to petitioner's counsel Pedro Vazquez Chona's A-File**<br><br>**(First Request)** |

Petitioner Pedro Vazquez Chona and the Federal Respondents, through undersigned counsel, hereby submit this Stipulation for an extension of time for Federal Respondents to produce to petitioner's counsel a complete copy of petitioner Pedro Vazquez Chona's A-File per this Court's Order, ECF No. 16, extending the deadline from September 8, 2026, to September 14, 2026. This extension is requested to allow the ICE/ERO field office to transfer the file to USCIS and for USCIS to review it and certify the copy. This is the first request for an extension.

///

///

///

///

///

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Federal Respondents to produce to petitioner's counsel a complete copy of petitioner Pedro Vazquez Chona's A-File from September 8, 2026, to September 14, 2026. This request is made in good faith and not for the purpose of delay.

Respectfully submitted this 8th day of September 2026.

Rene L. Valladares
Federal Public Defender

*/s/ Allie Wilson*
ALLIE WILSON
Assistant Federal Public Defender
New York State Bar No. 5479597
200 S. Virginia Street, Suite 340
Reno, Nevada 89501
(775) 321-8451/Tel.
(702) 388-6261/Fax
Allie_Wilson@fd.org
*Attorney for Petitioner Pedro Vazquez Chona*

TODD BLANCHE
Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Martin J. Mayer*
MARTIN J. MAYER
Special Assistant United States Attorney

**IT IS SO ORDERED:**

______________________________
**UNITED STATES DISTRICT JUDGE**

**DATED:** September 9, 2026