**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

PEDRO VAZQUEZ CHONA,

Petitioner

v.

JOHN MATTOS, et al.,

Respondents

Case No.: 2:26-cv-02141-APG-MDC

**Order Striking Emergency Motion**

[ECF No. 21]

Petitioner Pedro Vazquez Chona filed an emergency motion pro se. ECF No. 21. However, Chona is represented by counsel in this case. Under Local Rule IA 11-6, "a party who has appeared by attorney cannot while so represented appear or act in the case. This means that once an attorney makes an appearance on behalf of a party, that party may not personally file a document with the court; all filings must thereafter be made by the attorney."

I THEREFORE ORDER that petitioner Pedro Vazquez Chona's pro se emergency motion for **(ECF No. 21) is STRICKEN**.

DATED this 29th day of September, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE